**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MATTHEW KING** | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 4:12-cv-00341** |
| | § | |
| **EQUISTAR CHEMICALS, LP;** | § | |
| **BENJAMIN FRANKLIN** | § | |
| **WITHERS III M.D.** and | § | |
| **TAKE CARE HEALTH SYSTEMS, LLC** | § | USDJ:  David Hittner |
| | § | USMJ:  Stephen Wm. Smith |
| | § | |
| the Defendants. | § | _Jury Trial_ |

**EXHIBITS IN OPPOSITION**

**- TO -**

**PLAINTIFF'S RESPONSE TO**
**BENJAMIN FRANKLIN WITHERS III, M.D. AND TAKE CARE HEALTH SYSTEMS,**
**LLC'S MOTION FOR COMPLETE SUMMARY JUDGMENT**

**- AND ALSO AS TO -**

**PLAINTIFF'S RESPONSE TO**
**EQUISTAR CHEMICALS, LP'S MOTION FOR SUMMARY JUDGMENT**

1

# Table of Exhibits

| No. | Description |
|---|---|
|  | Declaration of Charles H. Peckham |
| 1 | Internal Lyondell email regarding Matthew King's termination effective 8-20-10 |
| 2 | Deposition Excerpts of Matthew King |
| 3 | Deposition Excerpts of Henry Muniz, M.D. |
| 4 | Deposition Excerpts of Benjamin Franklin Withers III, M.D. |
| 5 | *Matthew King's Lyondell Job Site Analysis for Condition Monitoring Analyst |
| 6 | Article entitled Expert Panel Recommendations – Chronic Kidney Failure and Commercial Motor Vehicle Driver Safety dated 3-14-08 |
| 7 | Deposition Excerpts of Kimberly Stubbs |
| 8 | Deposition Excerpts of Keith J. Hopkins |
| 9 | Declaration of Deena Callender-Rodriguez |
| 10 | E-Mail Exchange dated 3-17-10 and 3-18-10 |
| 11 | Declaration of Matthew King |
| 12 | E-Mail Exchange dated 3-15-10 and 3-16-10 |
| 13 | *E-Mail Exchange dated 3-18-10 |
| 14 | *E-Mail Exchange dated 3-18-10 |
| 15 | *Matthew King's FMLA Request dated 2-17-10 |
| 16 | *E-Mail Exchange dated 3-24-10 |

| | |
|---|---|
| 17 | E-Mail Exchange dated 4-20-10 |
| 18 | *E-Mail Exchange with attachment dated 4-5-10, 4-7-10 and 8-23-10 |
| 19 | Withers Offer of Employment Letter from TCHS dated 10-7-09 |
| 20 | *Withers & TCHS Performance & Development Coaching |

* Filed Under Seal